UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY BRAN,<br><br>    Movant,<br><br>v.<br><br>JULIE A. SU,<br>Acting Secretary of Labor,<br>United States Department of Labor,<br><br>    Respondent. | Case No. 2:23-mc-00107-SB-JC<br><br><br>ORDER DISMISSING CASE PURSUANT TO JOINT STIPULATION TO WITHDRAW SUBPOENA |

    Following the Acting Secretary of the U.S. Department of Labor's voluntary withdrawal of her subpoena for Movant Tony Bran's individual bank records, the parties have stipulated and the Court hereby ORDERS:

1. That Respondent's subpoena for Movant's individual bank records is hereby WITHDRAWN, without prejudice to issue in the future, should the investigative need arise, at which time Movant may move to quash, should Movant determine this is in his best interest.

2. That each party will be responsible for any costs arising from litigation or stipulation related to service and withdrawal of this subpoena.

3. That the case is DISMISSED without prejudice.

    IT IS SO ORDERED.

Date: September 18, 2023

                                            Stanley Blumenfeld, Jr.
                                            United States District Judge